JOSEPH M. LOVRETOVICH (SBN: 73403)
jml@jmllaw.com
JARED W. BEILKE (SBN: 195698)
jared@jmllaw.com
ADAM J. SHERMAN (SBN: 316351)
asherman@jmllaw.com
JML LAW
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, CA  91367
Telephone: 818-610-8800
Facsimile: 818-610-3030

Attorneys for Plaintiff
ROSA RODRIGUEZ

JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400

EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
CAITLIN W. TRAN (SBN: 305626)
cwtran@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT - EASTERN DIVISION

| | |
|---|---|
| ROSA RODRIGUEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION DBA US BANK, a Minnesota Corporation, and DOES 1-50<br><br>Defendants. | **Case No. 5:19-cv-01688-JGB (KKx)**<br><br>**[~~PROPOSED~~] ORDER GRANTING PROTECTIVE ORDER CONCERNING DISCOVERY AND CONFIDENTIAL INFORMATION**<br><br>Complaint Filed: March 7, 2019 |

**ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulated Protective Order, dkt. 15.

IT IS SO ORDERED:

Dated: __April 23, 2020__        _____
The Honorable Kenly Kiya Kato
United States District Magistrate Judge